O-send

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 12-1649M |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Jose Teodoro Velarde-Sanchez ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist. of Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [~~supervised release~~]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  See PSA report

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _See PSA report_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/10/12

UNITES STATES MAGISTRATE JUDGE